| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-8-20 |

MICHELLE MOTA,

                Plaintiff,

      v.

MARKELL REAL ESTATE GROUP LLC,
MARK CAMPBELL, AND GUY A. BELL,

                Defendants.

19-CV-6866 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on July 23, 2019. Pursuant to the Southern District's Second Amended Standing Administrative Order regarding counseled employment discrimination cases, this case was designated for automatic referral under the Court's existing mediation program. A mediation session was held on February 7, 2020. On February 10, 2020, the parties filed a letter indicating that the mediation was successful and they had agreed to a settlement in principle, and requesting 60 days to "fully resolve the matter prior to the automatic dismissal and closure of the case." Dkt. 16. On February 11, 2020, the Court ordered—in light of the parties' settlement in principle—that the action be "discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days." Dkt. 17. The Court advised that "[a]ny application to reopen this action must be filed within sixty (60) days of this order," that "any application filed thereafter may be denied solely on that basis," and that "[if] the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and 'so ordered' by the Court within the same sixty-day period." *Id.* No application to reopen this action

or for the Court to retain jurisdiction to enforce a settlement agreement was filed within the 60-day period.

The Court is now in receipt of Plaintiff's letter, filed on June 4, 2020.  Plaintiff requests that the Court reopen the case to enforce the settlement agreement and enter judgment against Defendants.  *See* Dkt. 19.  No later than June 12, 2020, Plaintiff shall provide the Court with legal authority to support its request, including authority as to whether the Court has jurisdiction to consider this request at this time.

SO ORDERED.

Dated:   June 8, 2020
         New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge